2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-21130-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Dutch A. Simpson
934 Ormond Street
Tarentum PA 15084

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/04/2016.

Name and Address of Alleged Transferor(s):

Claim No. 5: Bayview Loan Servicing, LLC, 4425 Ponce Deleon Blvd, 5th Floor, Coral Gables, FL 33134

Name and Address of Transferee:

Atlantica, LLC
C/O Weinstein & Riley, P.S.
2001 Western Ave. Ste. 400
Seattle, WA 98121

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    10/07/16

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Dutch A. Simpson  
    Debtor  

Case No. 15-21130-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: amaz    Page 1 of 1    Date Rcvd: Oct 05, 2016  
                       Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14075209    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 06 2016 01:47:15  
        Bayview Loan Servicing, LLC,    4425 Ponce Deleon Blvd, 5th Floor,  
        Coral Gables, FL 33146-1837  
                                                                                                                                    TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2016 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited  
        Liability Company agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Celine P. DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited  
        Liability Company ecfmail@mwc-law.com  
        Kimberly A. Bonner    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited  
        Liability Company amps@manleydeas.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Paul W. McElrath, Jr.    on behalf of Debtor Dutch A. Simpson ecf@mcelrathlaw.com,  
        donotemail.ecfbackuponly@gmail.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor    Peoples TWP, LLC sjw@sjwpgh.com,  
        srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                      TOTAL: 7