IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: DUTCH A SIMPSON | : | Bankruptcy No. 2-15-BK-21130 |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Claim No. 1 |
| Movant CACH, LLC | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |
| No Respondent | | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

　　Creditor Name:　　CACH, LLC

　　Incorrect Address:　4340 S MONACO ST
　　　　　　　　　　　FL 2
　　　　　　　　　　　DENVER CO 80237-3485

Corrected Address:

　　Creditor Name:　　CACH, LLC

　　Correct Address:　PO Box 10587
　　　　　　　　　　　Greenville SC 29603-0587

Dated    8/16/2017

　　　　　　　　　　　　　　　　Signature of Creditor

　　　　　　　　　　　　　　　　*Susan Gaines* (signature)
　　　　　　　　　　　　　　　　Typed Name
　　　　　　　　　　　　　　　　Susan Gaines

　　　　　　　　　　　　　　　　Address
　　　　　　　　　　　　　　　　PO Box 10587
　　　　　　　　　　　　　　　　Greenville SC 29603-0587

　　　　　　　　　　　　　　　　Phone No.
　　　　　　　　　　　　　　　　(877) 264-5884