Form 213

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Dutch A. Simpson**
  Debtor(s)

Bankruptcy Case No.: 15–21130–GLT
Related to Docket No. 56
Chapter: 13
Docket No.: 57 – 56
Concil. Conf.: September 6, 2018 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **August 3, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **August 17, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **September 6, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: June 19, 2018

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                               Case No. 15-21130-GLT
Dutch A. Simpson                                                     Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0315-2         User: ctak                  Page 1 of 2                  Date Rcvd: Jun 19, 2018
                             Form ID: 213                Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2018.
db             +Dutch A. Simpson,    934 Ormond Street,    Tarentum, PA 15084-1648
cr             +Peoples TWP, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
14035139        Alle-Kiski Medical Center,    1301 Carlisle Street,    ATTN: CINDY SCHAMP,
                 Natrona Heights, PA 15065-1192
14022113       +BAC Home Loan Servicing,    2380 Performance Drive,    Mail Stop TX2-984-05-03,
                 Richardson, TX 75082-4333
14035141       +Bank Of America,    1800 Tapo Canyon Rd,    Simi Valley, CA 93063-6712
14022114       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
14022116       #+Beneficial/Hfc,    Po Box 9068,   Brandon, FL 33509-9068
14022117       +Bk Of Amer,    1800 Tapo Canyon Rd,    Simi Valley, CA 93063-6712
14035148       +Citibank,    701 East 60th Street N,    Sioux Falls, SD 57104-0493
14035149        Emp of Alle Kiski LTD,    P.O. Box 182554,    Columbus, OH 43218-2554
14050630       +First National Bank of Pa.,    4140 East State St.,    Hermitage, PA 16148-3401
14022121       +First Natl Bk Of Pa,    1 Fnb Blvd,    Hermitage, PA 16148-3363
14080696       +Peoples TWP LLC,    225 North Shore Drive, Suite 300,    Pittsburgh, PA 15212-5860,
                 Attn: Dawn Lindner
14035155       +Westgate Resorts,    7450 Sandlake Commons Blvd.,    Orlando, FL 32819-8033
14035156       +Westgate Resorts,    10000 Turkey Lake Road,    Orlando, FL 32819-8016
14035157       +Westgate Resorts, LTD.,    PO Box 580001,    Orlando, FL 32858-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bncmail@w-legal.com Jun 20 2018 02:37:10     Atlantica, LLC,
                 C/O Weinstein & Riley, P.S.,    2001 Western Ave. #400,    Seattle, WA 98121-3132
14300845       +E-mail/Text: bncmail@w-legal.com Jun 20 2018 02:37:10     Atlantica, LLC,
                 C/O Weinstein & Riley, P.S.,    2001 Western Ave. Ste. 400,    Seattle, WA 98121-3132
14075209       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 20 2018 02:37:25
                 Bayview Loan Servicing, LLC,    4425 Ponce Deleon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
14022115       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 20 2018 02:37:25
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Boulevard,    5th Floor,
                 Coral Gables, FL 33146-1837
14022119        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 20 2018 02:42:02      Cap One,
                 Po Box 85520,    Richmond, VA 23285
14046633       +E-mail/Text: bncmail@w-legal.com Jun 20 2018 02:37:10     CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14022118        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2018 02:42:50      Cach, Llc,
                 PO Box 10587,    Greenville SC 29603-0587
14099821        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 20 2018 02:42:47
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
14022120       +E-mail/Text: bankruptcies@escallate.com Jun 20 2018 02:36:05     Escallate Llc,
                 5200 Stoneham Rd,    North Canton, OH 44720-1584
14022122       +E-mail/Text: bankruptcy@diamondresorts.com Jun 20 2018 02:36:19     Ocean Beach Club Llc,
                 932 Laskin Rd,    Virginia Beach, VA 23451-3990
14068305       +E-mail/Text: bankruptcy@diamondresorts.com Jun 20 2018 02:36:19
                 Ocean Beach Club Owners' Assoc.,    300 32nd St., Suite 500,    Virginia Beach, VA 23451-2968
14381493        E-mail/Text: peritus@ebn.phinsolutions.com Jun 20 2018 02:37:49
                 PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
14099333        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 20 2018 02:41:57
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14022123       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 20 2018 03:06:11
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14022124       +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2018 02:41:55     Syncb/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bayview Loan Servicing, LLC, a Delaware Limited Li
cr*             PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    IRVING, TX  75014-1419
14035140*      +BAC Home Loan Servicing,    2380 Performance Drive,    Mail Stop TX2-984-05-03,
                 Richardson, TX 75082-4333
14035143*      +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
14035144*      +Bayview Loan Servicing, LLC,    4425 Ponce De Leon Boulevard,    5th Floor,
                 Coral Gables, FL 33146-1837
14035145*      +Beneficial/Hfc,    Po Box 9068,    Brandon, FL 33509-9068
14035147*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Cap One,      Po Box 85520,    Richmond, VA 23285)
14035146*       Cach, Llc,   PO Box 10587,    Greenville SC 29603-0587
14035150*      +Escallate Llc,    5200 Stoneham Rd,    North Canton, OH 44720-1584
14035151*      +First Natl Bk Of Pa,    1 Fnb Blvd,    Hermitage, PA 16148-3363
14035152*      +Ocean Beach Club Llc,    932 Laskin Rd,    Virginia Beach, VA 23451-3990
14035153*      +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14035154*      +Syncb/Walmart,    Po Box 965024,    Orlando, FL 32896-5024
```

```
District/off: 0315-2          User: ctak                Page 2 of 2                  Date Rcvd: Jun 19, 2018
                              Form ID: 213              Total Noticed: 31

14035142      ##+Bank of America,    P.O. Box 1598,    Norfolk, VA 23501-1598
                                                                                       TOTALS: 1, * 12, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company andygornall@latouflawfirm.com
              Celine P. DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Kimberly A. Bonner    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Dutch A. Simpson ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples TWP, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8