Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Dutch A. Simpson** | : | Case No. 15−21130−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Docket No. 56 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 20th of August, 2018,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-21130-GLT
Dutch A. Simpson                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dbas              Page 1 of 2              Date Rcvd: Aug 20, 2018
                               Form ID: 309            Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
db          +Dutch A. Simpson,    934 Ormond Street,    Tarentum, PA 15084-1648
cr          +Peoples TWP, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
              Pittsburgh, PA 15212-5866
14035139     Alle-Kiski Medical Center,    1301 Carlisle Street,    ATTN: CINDY SCHAMP,
              Natrona Heights, PA 15065-1192
14300845    +Atlantica, LLC,    2001 Western Avenue, Suite 430,    Seattle, WA 98121-3132
14035149     Emp of Alle Kiski LTD,    P.O. Box 182554,    Columbus, OH 43218-2554
14050630    +First National Bank of Pa.,    4140 East State St.,    Hermitage, PA 16148-3401
14022121    +First Natl Bk Of Pa,    1 Fnb Blvd,    Hermitage, PA 16148-3363
14080696    +Peoples TWP LLC,    225 North Shore Drive, Suite 300,    Pittsburgh, PA 15212-5860,
              Attn: Dawn Lindner
14035155    +Westgate Resorts,    7450 Sandlake Commons Blvd.,    Orlando, FL 32819-8033
14035156    +Westgate Resorts,    10000 Turkey Lake Road,    Orlando, FL 32819-8016
14035157    +Westgate Resorts, LTD.,    PO Box 580001,    Orlando, FL 32858-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/Text: bncmail@w-legal.com Aug 21 2018 02:16:43     Atlantica, LLC,
              C/O Weinstein & Riley, P.S.,    2001 Western Ave. #400,    Seattle, WA 98121-3132
14022113    +EDI: BANKAMER.COM Aug 21 2018 06:08:00      BAC Home Loan Servicing,    2380 Performance Drive,
              Mail Stop TX2-984-05-03,    Richardson, TX 75082-4333
14035141    +EDI: BANKAMER.COM Aug 21 2018 06:08:00      Bank Of America,    1800 Tapo Canyon Rd,
              Simi Valley, CA 93063-6712
14035142    +EDI: BANKAMER2.COM Aug 21 2018 06:08:00      Bank of America,    P.O. Box 1598,
              Norfolk, VA 23501-1598
14022114    +EDI: TSYS2.COM Aug 21 2018 06:08:00      Barclays Bank Delaware,    125 S West St,
              Wilmington, DE 19801-5014
14075209    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 21 2018 02:16:46
              Bayview Loan Servicing, LLC,    4425 Ponce Deleon Blvd, 5th Floor,
              Coral Gables, FL 33146-1837
14022115    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 21 2018 02:16:46
              Bayview Loan Servicing, LLC,    4425 Ponce De Leon Boulevard,    5th Floor,
              Coral Gables, FL 33146-1837
14022116    +EDI: HFC.COM Aug 21 2018 06:08:00      Beneficial/Hfc,    Po Box 9068,    Brandon, FL 33509-9068
14022117    +EDI: BANKAMER.COM Aug 21 2018 06:08:00      Bk Of Amer,    1800 Tapo Canyon Rd,
              Simi Valley, CA 93063-6712
14022119     EDI: CAPITALONE.COM Aug 21 2018 06:08:00      Cap One,    Po Box 85520,    Richmond, VA 23285
14046633    +E-mail/Text: bncmail@w-legal.com Aug 21 2018 02:16:43     CERASTES, LLC,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14022118     EDI: RESURGENT.COM Aug 21 2018 06:08:00      Cach, Llc,    PO Box 10587,
              Greenville SC 29603-0587
14099821     EDI: CAPITALONE.COM Aug 21 2018 06:08:00      Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC  28272-1083
14035148    +EDI: CITICORP.COM Aug 21 2018 06:08:00      Citibank,    701 East 60th Street N,
              Sioux Falls, SD 57104-0493
14022120    +EDI: ESCALLATE.COM Aug 21 2018 06:08:00      Escallate Llc,    5200 Stoneham Rd,
              North Canton, OH 44720-1584
14022122    +E-mail/Text: bankruptcy@diamondresorts.com Aug 21 2018 02:16:19     Ocean Beach Club Llc,
              932 Laskin Rd,    Virginia Beach, VA 23451-3990
14068305    +E-mail/Text: bankruptcy@diamondresorts.com Aug 21 2018 02:16:19
              Ocean Beach Club Owners’ Assoc.,    300 32nd St., Suite 500,    Virginia Beach, VA 23451-2968
14381493     E-mail/Text: peritus@ebn.phinsolutions.com Aug 21 2018 02:17:01
              PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
14099333    +EDI: PRA.COM Aug 21 2018 06:08:00      Portfolio Recovery Associates, LLC,    POB 12914,
              Norfolk VA 23541
14022123    +EDI: PRA.COM Aug 21 2018 06:08:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
              Norfolk, VA 23502-4952
14022124    +EDI: RMSC.COM Aug 21 2018 06:08:00      Syncb/Walmart,    Po Box 965024,    Orlando, FL 32896-5024
                                                                                               TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bayview Loan Servicing, LLC, a Delaware Limited Li
cr*             PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    IRVING, TX  75014-1419
14035140*      +BAC Home Loan Servicing,    2380 Performance Drive,    Mail Stop TX2-984-05-03,
                 Richardson, TX 75082-4333
14035143*      +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
14035144*      +Bayview Loan Servicing, LLC,    4425 Ponce De Leon Boulevard,    5th Floor,
                 Coral Gables, FL 33146-1837
14035145*      +Beneficial/Hfc,    Po Box 9068,    Brandon, FL 33509-9068
14035147*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
14035146*       Cach, Llc,    PO Box 10587,    Greenville SC 29603-0587
14035150*      +Escallate Llc,    5200 Stoneham Rd,    North Canton, OH 44720-1584
14035151*      +First Natl Bk Of Pa,    1 Fnb Blvd,    Hermitage, PA 16148-3363
14035152*      +Ocean Beach Club Llc,    932 Laskin Rd,    Virginia Beach, VA 23451-3990

```
District/off: 0315-2           User: dbas                  Page 2 of 2                   Date Rcvd: Aug 20, 2018
                               Form ID: 309                Total Noticed: 32


            ***** BYPASSED RECIPIENTS (continued) *****
14035153*      +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14035154*      +Syncb/Walmart,    Po Box 965024,    Orlando, FL 32896-5024
                                                                                             TOTALS: 1, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company andygornall@latouflawfirm.com
              Celine P. DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              James  Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Kimberly A. Bonner    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Dutch A. Simpson ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples TWP, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8
```