**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DUTCH A. SIMPSON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:15-21130 GLT<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/02/2015 and confirmed on 07/13/2015 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 56,737.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 56,737.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,500.00 | |
| Trustee Fee | 2,328.55 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,828.55 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| ATLANTICA LLC | 0.00 | 33,176.15 | 0.00 | 33,176.15 |
| Acct: 6658 | | | | |
| WESTGATE RESORTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5029 | | | | |
| ATLANTICA LLC | 25,319.82 | 8,425.19 | 0.00 | 8,425.19 |
| Acct: 6658 | | | | |
| OCEAN BEACH CLUB OWNERS ASSOCIAT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9816 | | | | |
| PERITUS PORTFOLIO SERVICES II LLC | 14,300.00 | 7,697.59 | 1,609.52 | 9,307.11 |
| Acct: 2173 | | | | |
| | | | | 50,908.45 |
| Priority | | | | |
| PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUTCH A. SIMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 15-21130 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| PAUL W MCELRATH JR ESQ<br>Acct: | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| PAUL W MCELRATH JR ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ATLANTICA LLC<br>Acct: 6658 | 450.00 | 0.00 | 0.00 | 0.00 |

***NONE***

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| CERASTES LLC<br>Acct: XXX6465 | 10,164.76 | 0.00 | 0.00 | 0.00 |
| CACH LLC/CACV/COLLECT AMERICA**<br>Acct: XXX1860 | 3,844.78 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC.<br>Acct: 5009 | 1,844.93 | 0.00 | 0.00 | 0.00 |
| ESCALLATE LLC<br>Acct: XXX1743 | 0.00 | 0.00 | 0.00 | 0.00 |
| ESCALLATE LLC<br>Acct: XXX7348 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: XXX9084 | 1,210.43 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: XXX1412 | 369.97 | 0.00 | 0.00 | 0.00 |
| PERITUS PORTFOLIO SERVICES II LLC<br>Acct: 2173 | 4,197.58 | 0.00 | 0.00 | 0.00 |
| PEOPLES GAS LLC F/K/A PEOPLES TWP<br>Acct: 8814 | 3,234.31 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA**<br>Acct: XXX4612 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA**<br>Acct: XXX4612 | 0.00 | 0.00 | 0.00 | 0.00 |
| BENEFICIAL/HFC(*)++<br>Acct: XXX4899 | 0.00 | 0.00 | 0.00 | 0.00 |
| OCEAN BEACH CLUB LLC D/B/A GOLD KEY<br>Acct: XXX9816 | 0.00 | 0.00 | 0.00 | 0.00 |

***NONE***

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 50,908.45 |

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 450.00 |
| SECURED | 39,619.82 |
| UNSECURED | 24.866.76 |

Date: 08/30/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com